**FILED**
**U.S. District Court**
**District of Kansas**
03/24/2026
**Clerk, U.S. District Court**
**By:** _SND_ **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

VICTOR SANTIAGO-RODRIGUEZ,

        **Plaintiff,**

    v.                                     **CASE NO. 26-3032-JWL**

STATE OF KANSAS, et al.,

        **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is confined at Crowley County Correctional Facility in Olney Springs, Colorado. On February 19, 2026, the Court granted Plaintiff's motion for leave to proceed in forma pauperis and assessed an initial partial filing fee in the amount of $24.00, calculated under 28 U.S.C. § 1915(b)(1). (Doc. 4.) The order provides that the failure to pay the initial partial filing fee or file an objection by March 23, 2026, "may result in the dismissal of this matter without further notice." *Id.* Plaintiff has filed a motion to amend the complaint but has failed to pay the fee or file an objection by the Court's deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

1

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to submit the initial partial filing fee or to file an objection by the Court's deadline.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 3) and Motion for Leave to File an Amended Complaint (Doc. 5) are **denied** as moot**.**

**IT IS SO ORDERED.**

**Dated March 24, 2026, in Kansas City, Kansas.**

<u>**S/  John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**